UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ROSANNE F. OTT,
Derivatively on behalf of similarly situated
shareholders of Alger Health Science Fund,

         **Plaintiffs,**

v.

FRED ALGER MANAGEMENT, INC.,
FRED ALGER & COMPANY, INC.,
ALGER ASSOCIATES, INC., and DANIEL
C. CHUNG, individually,

         **Defendants.**
-------------------------------------------------------------- X

Civ. No. 11 Civ 4418-RJH

## ORDER TO SHOW CAUSE

Upon the accompanying Affidavit of Todd C. Norbitz, sworn to on July 1, 2011 and the accompanying Memorandum of Law, and all of the prior proceedings herein;

IT IS ORDERED that Plaintiff Roseanne F. Ott ("Plaintiff") shall appear in the courtroom of the Honorable Robert J. Holwell located at the U.S. Courthouse, Southern District of New York, 500 Pearl St., New York, N.Y. on July 6, 2011 at 4:00 AM/PM to show cause why paragraphs numbered 299 through 354 of the complaint filed on June 29, 2011 by Plaintiff (the "Complaint"), which contain scandalous and impertinent matter, should not be stricken pursuant to Federal Rule of Civil Procedure 12(f); or, in the alternative, placed permanently under seal and all subsequent references to paragraphs numbered 299 through 354 in future pleadings and other filings should also be made under seal; and such other relief as this Court deems just be granted;

-2-

IT IS FURTHER ORDERED that, as interim relief, pending the above-mentioned hearing on July 6, 2011, the entire Complaint shall be placed under seal;

IT IS FURTHER ORDERED that Defendants' counsel shall serve Plaintiff's counsel, Jonathan S. Sack of Sacks & Sacks, Esqs., with this Order and all supporting papers via hand delivery and/or electronic mail so as to be received no later than the close of business on July 1, 2011; and

IT IS FURTHER ORDERED that Plaintiff's answering papers on this motion shall be served upon Defendants' counsel, via hand delivery and/or electronic mail so as to be received no later than ~~the close of business~~ 4:00 p.m. on July 5, 2011.

SO ORDERED.

Dated: July ___, 2011
New York, New York

_____
Honorable Robert J. Holwell
[signed: Barbara S. Jones]