UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

ROSANNE F. OTT,
Derivatively on behalf of similarly situated
shareholders of Alger Health Science Fund,

        **Plaintiffs,**

v.

**FRED ALGER MANAGEMENT, INC.,
FRED ALGER & COMPANY, INC.,
ALGER ASSOCIATES, INC.,** and **DANIEL
C. CHUNG**, individually,

        **Defendants.**

------------------------------------------------------------ X

Civ. No. 11 Civ 4418-RJH

**NOTICE OF MOTION TO
DISMISS PLAINTIFF'S
AMENDED COMPLAINT**

ECF Case
**Electronically Filed**

**ORAL ARGUMENT
REQUESTED**

PLEASE TAKE NOTICE THAT, pursuant to the motion schedule set forth in the October 4, 2011 Order of the Honorable Richard J. Holwell, the undersigned counsel for Defendants Fred Alger Management, Inc., Fred Alger & Company, Inc., Alger Associates, Inc. and Daniel C. Chung, upon the annexed Affidavit of Todd C. Norbitz and the accompanying memorandum of law, and upon all of the pleadings and proceedings had herein, shall move the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order dismissing Plaintiff Rosanne F. Ott's Amended Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. Rule 12(b)(6) and 23.1. The grounds for this motion are set forth in full in the accompanying memorandum of law.

NYC_1243821.1

Dated: October 21, 2011

Respectfully submitted,

Fred Alger Management, Inc.,
Fred Alger & Company, Inc.,
Alger Associates, Inc. and
Daniel C. Chung

By:  /s/ Todd C. Norbitz
     Todd C. Norbitz
     Anne B. Sekel
     FOLEY & LARDNER LLP
     90 Park Avenue
     New York, New York 10016-1314
     Tel: (212) 682-7474
     Fax: (212) 687-2329
     E-mail: tnorbitz@foley.com
             asekel@foley.com

Of counsel:
Bennett Epstein (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street
Chicago, Illinois 60610
Telephone: (312) 832-5193
Facsimile: (313) 832-4700
E-mail: bepstein@foley.com