Todd C. Norbitz
Anne B. Sekel
Adam G. Pence
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York  10016-1314
Tel:  (212) 682-7474
Fax:  (212) 682-2329

Of counsel:
Bennett L. Epstein (admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois  60654-5313
Tel:  (312) 832-4500
Fax:  (312) 832-4700

*Attorneys for Defendant Fred Alger*
*Management, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ROSANNE F. OTT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FRED ALGER MANAGEMENT, INC.,**<br><br>**Defendant.** | **Civ. No. 11 Civ 4418-LAP**<br><br>*Electronically Filed* |

## NOTICE OF MOTION

TO:   Jonathan S. Sack
      Eric R. Stern
      Sack & Sack, Attorneys at Law
      110 East 59th Street, 19th Floor
      New York, NY 10022
      Phone: 212-702-9000
      Fax: 212-702-9702

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion for Summary Judgment, the Rule 56.1 Statement of Facts, the Declarations of Todd C. Norbitz, Hal Liebes, Steve Thumm, Patrick Kelly, Jill Greenwald, and Christopher Walsh, and all the exhibits thereto, and all prior pleadings and proceedings had herein, Defendant Fred Alger Management, Inc. ("Alger"), will move this Court, before the Honorable Loretta A. Preska, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on November 30, 2015 at 9:00 A.M., pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order of Summary Judgment dismissing the Third Amended Complaint of Plaintiff Rosanne Ott in its entirety, and providing any such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set by the Court, answering papers, if any, shall be served and filed no later than November 11, 2015, and reply papers, if any, shall be served and filed no later than November 30, 2015.

PLEASE TAKE FURTHER NOTICE that Alger requests oral argument on this Motion.

Dated:   New York, New York          FOLEY & LARDNER LLP
         October 7, 2015


                                     /s/ Todd C. Norbitz
                                     Todd C. Norbitz (tnorbitz@foley.com)
                                     Anne B. Sekel (asekel@foley.com)
                                     Adam G. Pence (apence@foley.com)
                                     FOLEY & LARDNER LLP
                                     90 Park Avenue
                                     New York, New York  10016-1314
                                     Tel:  (212) 682-7474
                                     Fax:  (212) 682-2329

                                     *Attorneys for Defendant Fred Alger
                                     Management, Inc.*

4813-5328-95131