# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**Rosanne F. Ott**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

  11   CV 04418   (    )(    )

-against-

**NOTICE OF APPEAL**

**Fred Alger Management, Inc.**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties:   **Roseanne F. Ott**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment   ☒ order   entered on:   **September 27, 2016**

(date that judgment or order was entered on docket)

that:   **Defendant's motion for summary judgment granted with respect to Plaintiff's**

**retaliation claim and breach of contract claim**

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**October 24, 2016**

Dated                                                                 Signature

**Jonathan S Sack**

Name (Last, First, MI)

| **70 E 55th St., 10th Fl.** | **New York** | **New York** | **10022** |
|---|---|---|---|
| Address | City | State | Zip Code |

**(212) 702-9000**                                **Jsack@sackandsack.com**

Telephone Number                                  E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13