**MANDATE**

N.Y.S.D. Case #
11-cv-4418(LAP)

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of November, two thousand and sixteen,

_____

Rosanne F. Ott, Derivately on behalf of similarly situated shareholders of Alger Health Science Fund,

    Plaintiff - Appellant

v.

Fred Alger Management, Inc.,

    Defendant - Appellee,

Fred Alger & Company, Inc., Alger Associates, Inc., Daniel C. Chung, Individually,

    Defendants.
_____

**ORDER**

Docket Number: 16-3599

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 19, 2016

A notice of appeal was filed on October 24, 2016. Appellant's Form C and Form D were due. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 22, 2016 if Form C and Form D are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/19/2016